Prefent WILLIAM COLEMAN, } Juftices.
        ALEXANDER STEDMAN, } Juftices.

---

## *The Leſſee* of ALBERTSON *verſus* ROBESON.

MOVED to admit a Witnefs to prove the Age of the Plaintiff, his Brother (about fixty Years old) from the hearfay of their Father and Mother. Oppofed, and refufed by the Court.

The Votes of Affembly were admitted to prove the time of the notification of the Repeal of an Act of Affembly by the King and Council. But not anfwering the purpofe fully, the Minutes of Council were fent for, and given in evidence without oppofition.

N. B. The Defendant fupported his Title under a Decree of a Court of Chancery eftablifhed by Act of Affembly ; the Decree was made two Months after the Act was repealed by the King and Council, but fix Weeks before we had Notice of it.

THE COURT gave it in charge to the Jury, that the Act was not repealed, till Notification here ; and the Jury were of the fame opinion, by finding a Verdict for the Defendant.